542

396 A.2d 35

Commonwealth v. Kerls, Appellant.

Submitted March 13, 1978. Bruce D. Foreman, for appellant; Marion E. MacIntyre, Second Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.

396 A.2d 36

Commonwealth v. Kerr, Appellant.

Submitted April 18, 1978. John J. Dean, Assistant Public Defender, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.